# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:16-cv-04153-HRL |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| BMV HOTELS, LP, | |
| Defendant. | |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

DATED this __22nd__ day of ___November_____, 2016.


_____
Judge of the U.S. District Court